IN RE: ADOPTION OF: T.B.H.

Petition of: B.A.H., Father

In re: Adoption of: M.M.H.

Petition of: B.A.H., Father

No. 498 WAL 2016
No. 499 WAL 2016

Supreme Court of Pennsylvania.

January 17, 2017

## ORDER

PER CURIAM

**AND NOW**, this 17th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.